

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2018

No. 04-18-00665-CR

Dominique **GREEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7880
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Appellant filed a notice of appeal in the underlying cause on September 7, 2018. The notice of appeal states it is a premature filing in the event the trial court denies his Chapter 64 Motion for DNA Testing and Motion for Appointment of Counsel. A clerk's record was filed on September 19, 2018. Because the trial court has not ruled on appellant's motions, we have no jurisdiction to consider this appeal. *See* TEX. R. APP. P. 26.2 (providing appellate deadlines run from the day trial court enters an appealable order). It is therefore ORDERED that appellant show cause in writing within two weeks from the date of this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are SUSPENDED pending our resolution of the jurisdictional issue.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court